

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00522-CV

Egna Bishop **VILLARREAL**,
Appellant

v.

Guillermo Gonzalez **GUERRA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-139
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

On July 17, 2014, appellant filed a motion for rehearing. The motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court